

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this [court an attorney must either be a member]
in good standing of this Court's gene[ral bar or be granted leave to appear pro]
*hac vice* as provided for by Local Ru[le...]

**08CV0147**
**JUDGE DER-YEGHIAYAN**
**MAG. JUDGE BROWN**

In the Matter of

David Taylor and Patrick L. Horna v. Schmidt Quality Construction, Judith Schmidt and James Schmidt

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS

David Taylor and Patrick L. Horna

**FILED**
JAN - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> John C. Ireland | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/John C. Ireland | |
| FIRM  The Law Firm of John C. Ireland | |
| STREET ADDRESS  1921 Charles Lane | |
| CITY/STATE/ZIP  Aurora Illinois 60505 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 630-464-9675 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | NO X |