AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

David Taylor and Patrick L. Horna

V.

Schmidt Quality Construction, Inc. Judith A. Schmidt, and James Schmidt

CASE NUMBER:

**08CV0147**
**JUDGE DER-YEGHIAYAN**
**MAG. JUDGE BROWN**

TO: (Name and address of Defendant)

Schmidt Quality Construction
1001 Curtiss Street
Downers Grove Ill
60515

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of John C. Ireland
1921 Charles Lane
Aurora Ill
60505

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**DAVID JOZWIAK**

(By) DEPUTY CLERK

JAN - 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 1/10/08 |
| NAME OF SERVER (PRINT) IRELAND | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Agent for Corporation Spiegel + Utrera PA 123 W. Madison 806 Chicago IL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/10/08
           Date            Signature of Server

1921 Charles LN
Address of Server
Aurora IL 60505

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.