**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID TAYLOR and ) | |
| PATRICK L. HORNA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 08 cv 0147 |
| v. ) | |
| ) | Honorable Samuel Der-Yegiayan |
| SCHMIDT QUALITY CONSTRUCTION ) | |
| INC., an Illinois Corporation, JUDITH A. ) | |
| SCHMIDT and JAMES ) | Magistrate Judge Geraldine SoatBrown |
| SCHMIDT, individually and in their official ) | |
| Capacity as an Employers, ) | |
| ) | |
| Defendants, ) | Jury Trial Demanded |
| ) | |
| ) | |
| ) | |

**NOTICE OF FILING**

I, John C. Ireland, of the Law Office of John C. Ireland, hereby certify that I have caused copies of the

**Completed Summons of Service in a Civil Case**

**and**

**A copy of this notice of filing**

To be served on the parties on the attached Service List on February 4, 2008, by United States Mail, with proper postage prepaid and/or by electronic mail and/or hand delivery

                                                __-S-John C. Ireland____

                                                John C. Ireland

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane

Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137

## SERVICE LIST

**Spiegel & Utrera, P.A.**
**123 West Madison Street**
**Suite 806**
**Chicago, Illinois**
**60602**

Dated: February 4, 2008

                                                     Respectfully submitted,

                                        By: _____

                                               JOHN C. IRELAND

                                               Attorney for the Plaintiffs

John C. Ireland

The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Facsimile 630-206-0889
Attorneyireland@aol.com
Attorney Number 6283137