## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 147 | **DATE** | 3/11/2008 |
| **CASE TITLE** | David Taylor, et al. vs. Schmidt Quality Construction Inc | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiffs' motion for default judgment against corporate Defendant Schmidt Quality Construction [8] is granted.  Default judgment is hereby entered in favor of the Plaintiffs David Taylor and Patrick Horna and against Defendant Schmidt Quality Construction Inc.  Status hearing set for 05/29/08 at 9:00 a.m. for prove-up hearing.  Plaintiffs are warned that failure to serve individual Defendants pursuant to Federal Rules of Civil Procedures 4 will result in a dismissal of the individual(s) Defendant not served.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|