IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID TAYLOR and | ) | |
| PATRICK L. HORNA | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | Case No. 08 cv 0147 |
| v. | ) | |
| | ) | Honorable Samuel Der-Yegiayan |
| SCHMIDT QUALITY CONSTRUCTION | ) | |
| INC., an Illinois Corporation, JUDITH A. | ) | |
| SCHMIDT and JAMES | ) | Magistrate Judge Geraldine Soat Brown |
| SCHMIDT, individually and in their official | ) | |
| Capacity as an Employers, | ) | |
| | ) | |
|     Defendants, | ) | <u>Jury Trial Demanded</u> |
| | ) | |

## PLAINTIFFS' MOTION TO STAY

NOW COMES, the Plaintiffs by and through their attorney John C. Ireland of the Law Office of John C. Ireland and herein moves this Honorable Court to enter a Order Staying this action pending resolution of the case filed by the Defendants' in the Bankruptcy Court and in support of said motion states as follows:

1. Plaintiffs filed this action on January 8, 2008.

2. On or around March 25, 2008 provided notice to Plaintiffs' representative that the Corporate Defendant, Schmidt Quality Construction, had filed for Chapter 7 Bankruptcy on February 27, 2008. (See attached correspondence and Notice of Filing attached as exhibit "A").

3. Based on this filing the Plaintiffs' ask this Court to Stay their claims pending determination of the bankruptcy action.

4. Further Plaintiff ask for the pending hearing scheduled for May 29, 2008 to be stricken.

5. Accordingly, Plaintiffs ask the court to Stay this case.

WHEREFORE, the Plaintiffs' pray for entry of an Order Staying the Case.


4/17/2008    _____/s/_____John C. Ireland_____
Date                                John C. Ireland


John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137