**Springer Brown Covey Gaertner & Davis** LLC

Wheaton Executive Center
400 South County Farm Rd. Suite 330
Wheaton, IL 60187

Thomas E. Springer
David R. Brown
Bradley S. Covey
Kent A. Gaertner
Michael J. Davis
ATTORNEYS AT LAW

Tel. 630.510.0000
Fax 630.510.0004

www.springerbrown.com

March 25, 2008

Mr. John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora, IL 60505

    **RE:  Schmidt Quality Construction, Inc.
           Bankruptcy Case No. 08 B 04458**

Dear Sir or Madam:

    This office represents Schmidt Quality Construction in the above captioned Chapter 7 bankruptcy proceeding which was filed on 2/27/2008. Your office has recently filed a lawsuit in the United States District Court for the Northern District of Illinois on behalf of David Taylor and Patrick L. Horna. Pursuant to the automatic stay provision of the Bankruptcy Code, we ask that this lawsuit and any other collection activity on behalf of the plaintiffs be stopped. Enclosed along with this letter is a Notice of Bankruptcy Case Filing. In addition, the meeting of creditors in this bankruptcy is scheduled for 4/22/2008 at 1:00 p.m. should you decide to attend. Since David Taylor and Patrick L. Horna were not listed as creditors in the bankruptcy petition, we will be amending the bankruptcy petition to add them soon. We ask that you contact our office at 630-510-0000 to let us know the nature of the claim and the amount allegedly owed to the plaintiffs. Thank you for your cooperation in this matter.

Sincerely,

SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC

Joshua D. Greene
Counsel for Schmidt Quality Construction

Enclosure

United States Bankruptcy Court
Northern District of Illinois

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/27/2008 at 2:24 PM and filed on 02/27/2008.

**Schmidt Quality Construction, Inc.**
P.O. Box 685
Huntley, IL 60142
Tax id: 20-2117417

The case was filed by the debtor's attorney:     The bankruptcy trustee is:

**Kent A Gaertner**                               **Gina B Krol, ESQ**
Springer, Brown, Covey, Gaertner & Davis          Cohen & Krol
                                                  105 West Madison St Ste 1100
400 S. County Farm Rd., Suite 330
Wheaton, IL 60187                                 Chicago, IL 60602
630-510-0000                                      312-368-0300

The case was assigned case number 08-04458 to Judge John H. Squires.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |
| 03/26/2008 14:01:20 |

| PACER Login: | it0120 | Client Code: | |