IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID TAYLOR and <br> PATRICK L. HORNA | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Case No. 08 cv 0147 |
| v. | ) <br> ) | Honorable Samuel Der-Yegiayan |
| SCHMIDT QUALITY CONSTRUCTION INC., an Illinois Corporation, JUDITH A. SCHMIDT and JAMES SCHMIDT, individually and in their official Capacity as an Employers, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Magistrate Judge Geraldine Soat Brown |
| Defendants, | ) <br> ) <br> ) <br> ) | Jury Trial Demanded |

## NOTICE OF MOTION

TO:

**Joshua D. Greene**
**Springer, Brown, Covey, Gaertner & Davis**
**Wheaton Executive Center**
**400 South County Farm Road**
**Suite 330**
**Wheaton Illinois**
**60187**

　　　PLEASE TAKE NOTICE THAT on May 15, 2008 at 9:00 AM or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Samuel Der-Yegiayan or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the United States District Court for the Northern Illinois District of Illinois, 219 S. Dearborn St. Chicago, Illinois, and then and there present the following:

## PLAINTIFFS' MOTION TO STAY

A copy of which is herewith served upon you.

## PROOF OF SERVICE

  The undersigned on oath states that the above described documents and a copy of this notice were served by US Mail and/or electronic delivery and/or hand-delivery to the above named parties, agents, and/or attorneys of record and parties on April 17, 2008.

I, John C. Ireland, under penalty of perjury under the laws of the State of Illinois that the forgoing was correct and true.


    4/17/ 200          _____/s/_____John C. Ireland_____
    Date                                          John C. Ireland


John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137