# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 147 | **DATE** | 5/15/2008 |
| **CASE TITLE** | David Taylor, et al. vs. Schmidt Quality Construction Inc. , et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Counsel for the Plaintiffs appeared and reported that there is a Bankruptcy stay. As stated on the record, the instant action is hereby dismissed without prejudice to reinstate the action once the Bankruptcy stay is lifted. All pending dates and motions are hereby stricken as moot. Civil case terminated

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|